# In the United States District Court
# For the Southern District Of Georgia
# Brunswick Division

| | | |
|---|---|---|
| LARRY DEWAYNE MCNEIL, | * | |
| Plaintiff, | * | CIVIL ACTION NO.: 2:16-cv-73 |
| v. | * | |
| PRESTON BOHANNON; DUANE KIRBY; BRENT MERRITT; and JUSTIN SANDERS, | * | |
| Defendants. | * | |

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's August 12, 2016 Report and Recommendation, dkt. no. 8, to which no objections have been filed. Accordingly, the Report and Recommendation is **ADOPTED** as the opinion of the Court. The Court **DISMISSES** Plaintiff's Complaint and **DENIES** Plaintiff leave to appeal *in forma pauperis*. The Clerk of Court is **DIRECTED** to enter the appropriate judgment of dismissal and to **CLOSE** this case.

**SO ORDERED**, this 23 day of September, 2016.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)